**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **EMMET GUYTON**, <br><br>     Plaintiff, <br><br>     v. <br><br> **VICINITY ENERGY CORPORATION**, <br><br>     Defendant. | Case No.: |

**<u>NOTICE OF REMOVAL</u>**

Please take notice that, by and through its undersigned counsel and pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Vicinity Energy, LLC[1] ("Defendant"), files this Notice of Removal serving to remove this action, which initially was filed by Plaintiff Emmett Guyton ("Plaintiff") in the Circuit Court for Baltimore City, Maryland to this Court, the United States District Court for the District of Maryland. The grounds for removal are as follows:

1. On December 19, 2024, Plaintiff filed a civil action against Defendant in the Circuit Court for Baltimore City, Maryland, entitled *Emmet Guyton[2] v. Vicinity Energy Corporation*, No. C-24-CV-24-004581 ("State Court Case").

2. On January 23, 2024, Plaintiff served Defendant with the Summons and Complaint in the State Court Case.

---

[1]    Plaintiff named Vicinity Energy Corporation as the defendant in this matter in the Complaint filed in the Baltimore City Circuit Court. However, there is no such entity. The entity which employed Plaintiff is Vicinity Energy, LLC. Vicinity Energy, LLC is removing this case on behalf of the named defendant Vicinity Energy Corporation.

[2]    Plaintiff spelled his name incorrectly on the Complaint filed in the Baltimore City Circuit Court. The correct spelling is Emmett Guyton.

3. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, filings, and orders served upon Defendant in the State Court Case are attached hereto as Exhibit 1 through 5.

4. In compliance with 28 U.S.C. § 1446(b), this Notice of Removal is timely filed because it is filed within 30 days of service of the initial pleading setting forth the claim for relief upon which the State Court Case is based.

5. The State Court Case is removable under 28 U.S.C. § 1441(c) because it falls within the original federal question jurisdiction of this Court under 28 U.S.C. § 1331, because it alleges violations of the Age Discrimination in Employment Act of 1967 ("ADEA").

6. The State Court Case is also removable under 28 U.S.C. § 1441(b) because there is complete diversity of citizenship between the Parties, and, as such, this Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332.

7. Plaintiff is a citizen and resident of the State of Maryland.

8. Defendant Vicinity Energy, LLC is a Wisconsin limited liability company with its principal place of business located in Massachusetts. The sole member of Vicinity Energy, LLC is Vicinity Energy Inc., which is a Delaware Corporation with a principal place of business at Massachusetts.

9. Pursuant to 28 U.S.C. § 1332(c), Defendant is therefore not a citizen of Maryland.

10. Pursuant to 28 U.S.C. § 1332, a "district court may exercise diversity jurisdiction in cases that arise between citizens of different states where the amount in controversy exceeds $75,000." In the Complaint, Plaintiff requests a judgment in excess of seventy-five thousand dollars, satisfying the amount in controversy requirement of diversity jurisdiction. (*See* Exhibit 1, Complaint) ("I'm seeking three years of backpay along with punitive damages.").

11. Accordingly, this Court has diversity jurisdiction under 28 U.S.C. §1332, and Defendants may remove this action pursuant to 28 U.S.C. § 1441.

12. Pursuant to 28 U.S.C. §§ 1441(a) and 1446(a), the United States District Court for the District of Maryland is the appropriate court to which to remove this action from the Circuit Court for Baltimore City, Maryland, where the action was filed.

13. Pursuant to 28 U.S.C. § 1391(b)(2), venue is proper in the United States District Court for the District of Maryland because a substantial part of the alleged events or omissions giving rise to Plaintiff's claims occurred in Maryland.

14. A copy of this Notice of Removal will be promptly mailed to Plaintiff, and a copy of this Notice of Removal shall be promptly filed with the Clerk of the Circuit Court of for Baltimore City, Maryland in accordance with 28 U.S.C. § 1446(d), attached hereto as Exhibit 6.

15. In accordance with 28 U.S.C. § 1446(a) and Local Rule 103.5, attached to this Notice of Removal as Exhibit 1-4 are copies of all process, pleadings, and orders served upon the Defendant, and copies of all process, pleadings, orders, and other papers or exhibits of every kind currently on file with the state court. Exhibit 7 is a copy of the state court docket sheet. Pursuant to Local Rule 103.5, undersigned counsel, Ashley Woozley, hereby certifies that true and legible copies of all documents on file in the State Court Case have now been filed in the United States District Court for the District of Maryland.

16. In filing this Notice, Defendant does not waive any defenses.

17. Further, Plaintiff also has filed a federal court case against Vicinity in this Court, *Emmett Guyton v. Vicinity Energy Corporation, No. 1:24-cv-03680-SAG*. Defendant suggests that these cases be consolidated following removal.

WHEREFORE, notice is hereby given that the State Court Case, now pending in the Circuit Court for Baltimore City, Maryland is removed in its entirety to this Court.

Respectfully submitted,

/s/

Larry R. Seegull (Bar No. 22991)
Ashley L. Woozley (Bar No. 31204)
JACKSON LEWIS P.C.
2800 Quarry Lake Drive, Suite 200
Baltimore, Maryland 21209
(410) 415-2000 – Telephone
(410) 415-2001 – Facsimile
Larry.Seegull@jacksonlewis.com
Ashley.Woozley@jacksonlewis.com

*Counsel for Defendant Vicinity Energy, LLC*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned attorney hereby certifies that on this 19th day of February 2025, caused a true and correct copy of the foregoing Notice of Removal, together with all attachments, was filed through the court's filing system and sent via electronic mail and first class mailed to:

Emmett Guyton
5922 Frankford Ave
Baltimore, MD 21206
Eglong69@gmail.com

*Plaintiff*

*/s/ Ashley Woozley*
Ashley Woozley

4910-6189-1350, v. 3